UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH MERCHANT #57001177, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:20-CV-03727-B (BH) |
| | ) | |
| GARLAND POLICE DEPARTMENT, | ) | |
| et al., | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings,
Conclusions, and Recommendation of the United States Magistrate Judge and any objections
thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion
that the Findings and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as
the Findings and Conclusions of the Court. By separate judgment, the plaintiff's complaint will be
dismissed.

SIGNED this 19th day of April, 2022.


_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE